# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| TERRANCE KNIGHT, | ) | |
| Plaintiff(s), | ) | |
| vs | ) | NO. 08-272-DRH |
| ROGER WALKER, et al., | ) | |
| Defendant(s). | ) | |

## ORDER

It appearing to the Court that the plaintiff has failed to properly prosecute as required in the Notice of Impending Dismissal for Want of Prosecution, entered by United States Magistrate Judge Clifford J. Proud, on December 24, 2008, **(Doc. 15).**

**IT IS THEREFORE ORDERED** that the complaint filed herein is dismissed without prejudice against the following defendant(s): **C/O Clovis and Counselor Burnell**.

Dated this 3rd day of February, 2009.

/s/ David R Herndon

**Chief Judge**
**United States District Court**