IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TERRANCE J. KNIGHT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 08-272-DRH |
| | ) |
| ROGER WALKER, et al, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action is before the Court on defendants two motions to dismiss for want of prosecution.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order of the Court dated June 11, 2009, judgment is entered in favor of defendants **ROGER WALKER, JR., WARDEN GARY CONDOR, MAJOR TOM MAUE, JACK MOORE, RASHIDA A. POLLION, CNP, AND COUNSELOR LINDA GOFORTH,** and against the plaintiff, **TERRANCE J. KNIGHT**, and this case is dismissed with prejudice for want of prosecution.

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of the Court dated November 10, 2008, judgment is entered in favor of defendants **C/O DRAKE, LT. MICHELLE, MEDICAL STAFF,** and **WEXFORD MEDICAL SERVICES** and against plaintiff, **TERRANCE J. KNIGHT**.

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of this Court dated February 3, 2009, defendants **C/O/ CLOVIS** and **COUNSELOR BURNELL** were dismissed without prejudice for want of prosecution. The Court now makes this dismissal **WITH PREJUDICE**-------------------------

                                              **JUSTINE FLANAGAN, ACTING CLERK**

                                      **BY:**       **/s/*Sandy Pannier***
                                                           **Deputy Clerk**

Dated: June 11, 2009

APPROVED: /s/ *David R. Herndon*
                     CHIEF JUDGE
                     U. S. DISTRICT COURT